IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| POLSINELLI PC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 4:25-cv-00665-FJG |
| | ) |
| LOUIS MASTRIANI, et al. | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

The parties, by and through their respective counsel of record, hereby respectfully request that this Honorable Court enter the proposed Consent Order attached hereto as **Exhibit A**, for the reasons discussed on the record at the September 15, 2025, hearing of this matter and as memorialized in the Consent Order itself, and for such other relief as the Court deems just and proper.

POLSINELLI PC


By: /s/ *Todd H. Bartels*
    TODD H. BARTELS (MO #45677)
    tbartels@polsinelli.com
    900 W. 48th Place, Suite 900
    Kansas City, MO 64112
    (816) 572-4418
    Fax No.: (888) 253-8293

    MICHAEL A. CAMPBELL (MO #35392)
    mcampbell@polsinelli.com
    7676 Forsyth Blvd, Suite 800
    St. Louis, MO 63105
    (314) 889-8000
    Fax No.: (314) 231-1776

*ATTORNEYS FOR PLAINTIFF*
*POLSINELLI PC*

HORN AYLWARD & BANDY, LC

By: /s/ *Douglas J. Schmidt*
    Douglas J. Schmidt (MO #34266)
    dschmidt@hab-law.com
    Joseph A. Kronawitter (MO # 49280)
    jkronawitter@hab-law.com
    2600 Grand Boulevard, Suite 1100
    Kansas City, MO 64108
    (816) 421-0700
    Fax No.: (816) 421-0899

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys registered for ECF filing as of that date.

                                                /s/ Todd H. Bartels
                                                Counsel for Plaintiff