IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| POLSINELLI PC, | ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:25-cv-00665-W-FJG |
| LOUIS MASTRIANI, ET AL., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Currently pending before the Court is plaintiff's Motion for Appointment of a Receiver (Doc. # 2), defendants' Motion to Seal Documents (Doc. # 13), defendants' Motion to Strike (Doc. # 14) and the parties' Joint Motion for Entry of Consent Order (Doc. # 18).

On September 15, 2022, the Court held a hearing regarding plaintiff's Motion for Appointment of Receiver. Prior to the hearing the parties advised the Court that in lieu of proceeding on the Motion for Appointment of Receiver they had agreed to the following terms: (1) Defendants will pay certain funds into the registry of the Court subject to further Court order as to the disposition of such funds; (2) Defendants will not waive any potential rights, arguments, defenses, or claims against Polsinelli, and (3) Defendants will be granted an additional fourteen (14) days to file an answer or other responsive pleading to Plaintiff's Complaint. The parties also stated their intent to mediate this matter in the next sixty (60) days. Upon Plaintiff's request, the Court continued the hearing on the Motion for Appointment of Receiver until September 22, 2025, at 2:00 p.m., in the event that the parties were unable to reach an agreement on a proposed order.

In consideration with the parties' announcement on the record during the September 15, 2025 hearing and upon the parties' Joint Motion for Entry of Consent Order, it is hereby **ORDERED** that:

(1) Within seven (7) days of the date of this Order, Defendants shall pay the sum of Eight Hundred Sixty-Five Thousand Five Hundred and Sixty-Six and no/100 Dollars ($865,566.00) (the "Funds") into the registry of the clerk of the U. S. District Court for the Western District of Missouri, Western Division;

(2) The clerk of the court is directed to deposit the funds with the Treasurer of the United States or a designated depositary, in an interest-bearing account in the Court Registry Investment System ("CRIS") and in the name and to the credit of this Court pending further order of the Court, in accordance with Federal Rules and Procedures;

(3) The parties do not waive any potential rights, arguments, defenses, or claims by virtue of consenting to this order;

(4) Defendants are granted an additional fourteen (14) days to file an answer or other responsive pleading to Plaintiff's Complaint, through and including **October 3, 2025**;

(5) Plaintiff's Motion for Appointment of Receiver (Doc. # 2) is hereby **DENIED** without prejudice;

(6) Defendants' Motion for Leave to File Documents Under Seal (Doc. # 13) is hereby **GRANTED**. Defendants are granted permission to file Exhibits 1-3 to the Declaration of Louis Mastriani under seal.

(7) Defendants' Motion to Strike (Doc. # 15) is **DENIED** without prejudice;

(8) The parties' Joint Motion for Entry of a Consent Order is hereby **GRANTED** (Doc. # 18);

(9) The hearing previously scheduled by the Court for **September 22, 2025, at 2:00 p.m.** is **CANCELLED**.

(10) The parties are hereby directed to select a mediator and engage in mediation regarding this matter on or before **November 17, 2025**. The parties shall file a status report with the Court regarding the mediation and their progress on or before **December 1, 2025**.

Date: September 19, 2025  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge