# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| POLSINELLI PC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 4:25-cv-00665 |
| ) | |
| LOUIS MASTRIANI ) | |
| ) | |
| and ) | |
| ) | |
| AMS TRADE LLP ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF POLSINELLI PC'S
## MOTION TO DISMISS COUNTS III AND V-VII OF
## DEFENDANT LOUIS MASTRIANI'S COUNTERCLAIMS

COMES NOW Plaintiff Polsinelli PC ("Polsinelli"), by and through its undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss Counts III and V-VII of Defendant Louis Mastriani's Counterclaims (the "Counterclaims") for failure to state a claim upon which relief can be granted. This Motion is supported by Suggestions in Support, which are filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Polsinelli respectfully moves the Court to dismiss Counts III and V-VI of the Counterclaim with prejudice, and enter such other and further relief as it deems just and proper.

Respectfully submitted,

POLSINELLI PC

By: /s/ *Todd H. Bartels* _____
    TODD H. BARTELS (MO #45677)
    tbartels@polsinelli.com
    900 W. 48th Place, Suite 900
    Kansas City, MO 64112
    (816) 572-4418
    Fax No.: (888) 253-8293

    MICHAEL A. CAMPBELL (MO #35392)
    mcampbell@polsinelli.com
    7676 Forsyth Blvd, Suite 800
    St. Louis, MO 63105
    (314) 889-8000
    Fax No.: (314) 231-1776

*ATTORNEYS FOR PLAINTIFF*
*POLSINELLI PC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys registered for ECF filing as of that date.

                            /s/ Michael A. Campbell _____