# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **POLSINELLI PC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No: 4:25-cv-00665-FJG |
| | ) |
| **LOUIS MASTRIANI, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION FOR ENTRY
## OF CONSENT ORDER UNDER SEAL

The parties, by and through their respective counsel, hereby report that the parties have entered a confidential settlement of all claims and counterclaims in the above-captioned case. Accordingly, the parties respectfully request that this Honorable Court enter the proposed Consent Order submitted to the Court concurrently herewith (providing for the release of the funds from the Court registry), *under seal*. As grounds therefor, the parties state that:

1. Pursuant to this Court's Order entered on September 19, 2025 (Doc. 19), Defendants deposited the sum of $865,566 (the "Registry Funds") into the registry of the clerk of the U.S. District Court for the Western District of Missouri, Western Division, and the parties engaged in mediation regarding this matter on October 31, 2025, before Hon. Paul Gurney.

2. At such mediation, the parties reached a confidential settlement of all claims and counterclaims, under which the parties agreed to request the entry of a Consent Order for the payout of the Registry Funds. The parties hereby request that such Consent Order be entered under seal. A proposed Consent Order has or will be submitted to the Court for this purpose. The entry of the Consent Order under seal is not a condition of the settlement or a requirement to the entry of such Consent Order, but it is a joint request of the parties.

3. The issues in this lawsuit involve confidential communications with a client of the parties, as well as confidential client information including the identity of the client. Additionally, the Registry Funds consist of certain funds paid or remitted by such client. This information may be subject to client confidentiality requirements under the ethical rules.

4. Therefore, the parties request that this Honorable Court enter the proposed Consent Order (providing for the release of the funds from the Court registry), ***under seal***.

WHEREFORE, the parties respectfully request that this Honorable Court enter the proposed Consent Order submitted to the Court concurrently herewith (providing for the release of the funds from the Court registry), ***under seal***, and for such other relief as the Court deems just and proper.

| POLSINELLI PC | HORN AYLWARD & BANDY, LC |
|---|---|
| By: */s/ Todd H. Bartels* <br> TODD H. BARTELS (MO #45677) <br> tbartels@polsinelli.com <br> 900 W. 48th Place, Suite 900 <br> Kansas City, MO 64112 <br> (816) 572-4418 <br> Fax No.: (888) 253-8293 <br><br> MICHAEL A. CAMPBELL (MO #35392) <br> mcampbell@polsinelli.com <br> 7676 Forsyth Blvd, Suite 800 <br> St. Louis, MO 63105 <br> (314) 889-8000 <br> Fax No.: (314) 231-1776 <br><br> *ATTORNEYS FOR PLAINTIFF* <br> *POLSINELLI PC* | By: */s/ Douglas J. Schmidt* <br> Douglas J. Schmidt (MO #34266) <br> dschmidt@hab-law.com <br> Joseph A. Kronawitter (MO # 49280) <br> jkronawitter@hab-law.com <br> 2600 Grand Boulevard, Suite 1100 <br> Kansas City, MO 64108 <br> (816) 421-0700 <br> Fax No.: (816) 421-0899 <br><br> *ATTORNEYS FOR DEFENDANTS* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys registered for ECF filing as of that date.

>*/s/ Todd H. Bartels*
>Counsel for Plaintiff