# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| POLSINELLI PC, | ) |
| | ) |
|     **Plaintiff**, | ) |
| | ) |
| v. | )   Case No: 4:25-cv-00665-FJG |
| | ) |
| LOUIS MASTRIANI, et al. | ) |
| | ) |
|     **Defendants**. | ) |

## JOINT STIPULATION FOR DISMISSAL
## OF CLAIMS AND COUNTERCLAIMS

The parties, by and through their respective counsel, hereby stipulate and agree that all claims between them, including Plaintiff's claims and Defendants' counterclaims, should now be dismissed with prejudice pursuant to that certain confidential settlement of the parties. Accordingly, the parties respectfully request that this Honorable Court enter the proposed Order of Dismissal submitted to the Court concurrently herewith. As grounds therefor, the parties state that,

1. Pursuant to this Court's Order entered on September 19, 2025 (Doc. 19), Defendants deposited the sum of $865,566 (the "Registry Funds") into the registry of the clerk of the U.S. District Court for the Western District of Missouri, Western Division, and the parties engaged in mediation regarding this matter on October 31, 2025, before Hon. Paul Gurney.

2. At such mediation, the parties reached a confidential settlement of all claims and counterclaims, under which the parties agreed to request the entry of a Consent Order for the payout of the Registry Funds. Pursuant to the parties' request, the Court entered such Consent Order under seal (Doc. 30), and the Registry Funds have now been disbursed pursuant to the Consent Order.

3. Therefore, the parties request that this Honorable Court enter the proposed Order of Dismissal submitted to the Court concurrently herewith, dismissing all claims and counterclaims in this case with prejudice, with each party to bear its own costs.

WHEREFORE, the parties respectfully request that this Honorable Court enter the proposed Order of Dismissal submitted to the Court concurrently herewith, and for such other relief as the Court deems just and proper.

| POLSINELLI PC | HORN AYLWARD & BANDY, LC |
|---|---|
| By: */s/ Todd H. Bartels* | By: */s/ Douglas J. Schmidt* |
| TODD H. BARTELS (MO #45677) | Douglas J. Schmidt (MO #34266) |
| tbartels@polsinelli.com | dschmidt@hab-law.com |
| 900 W. 48th Place, Suite 900 | Joseph A. Kronawitter (MO # 49280) |
| Kansas City, MO 64112 | jkronawitter@hab-law.com |
| (816) 572-4418 | 2600 Grand Boulevard, Suite 1100 |
| Fax No.: (888) 253-8293 | Kansas City, MO 64108 |
| | (816) 421-0700 |
| MICHAEL A. CAMPBELL (MO #35392) | Fax No.: (816) 421-0899 |
| mcampbell@polsinelli.com | |
| 7676 Forsyth Blvd, Suite 800 | *ATTORNEYS FOR DEFENDANTS* |
| St. Louis, MO 63105 | |
| (314) 889-8000 | |
| Fax No.: (314) 231-1776 | |

*ATTORNEYS FOR PLAINTIFF*
*POLSINELLI PC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys registered for ECF filing as of that date.

*/s/ Todd H. Bartels*
Counsel for Plaintiff